# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR116** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **CLINTON BROOKS, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Clinton Brooks, Jr. (Brooks) to modify the conditions of his release (Filing No. 41).  The motion is granted.  Brooks shall maintain or actively seek employment and/or maintain and commence an educational program as warranted and as directed by Pretrial Services.

**IT IS SO ORDERED.**

DATED this 31st day of May, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge