IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR116** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **CLINTON BROOKS, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for release/unsupervised furlough (Filing No. 162).

The Court considers requests for furloughs and/or travel orders as matters that are best directed to the attention and handled within the discretion of correctional custodial personnel. Considering the factors set out in 18 U.S.C. § 3143, the motion is denied.

IT IS ORDERED that the Defendant's motion for release/unsupervised furlough (Filing No. 162) is denied.

DATED this 7th day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge