**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR116** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **CLINTON BROOKS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Defendant's motion and amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Filing Nos. 185, 267) are denied;

2. The Defendant's request for an evidentiary hearing is denied;

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his address last known address as reported to the U.S. Probation Office; and

4. The Clerk is directed to notify David Eaton of the filing of this Judgment.

DATED this 24th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge